E-Filed: **8/17/09**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL PAQUETTE, et al.,** | **CASE NO. CV 09-1483-GHK (AJWx)** |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **NESTLE, S.A., et al.,** | |
| Defendants. | |

Pursuant to Plaintiffs Paul Paquette and Ava Paquette's voluntary dismissal of this case with prejudice on July 29, 2009, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED with prejudice**. Plaintiffs shall take nothing by their Complaint.

**IT IS SO ORDERED**.

DATED: August 17, 2009

_____
GEORGE H. KING
United States District Judge